IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TONY CURTIS BROACH, #136351,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 15-42-KD-C** |
| **KIM THOMAS,** *et al.*, | : | |
| Defendants. | : | |

**ORDER**

Previously, the Order and Judgment entered March 6, 2015 were vacated on basis that Plaintiff Tony Curtis Broach had not received a copy of the Report and Recommendation and therefore, had no opportunity to file any objection (docs. 5-8). Copies of the Order vacating the Order and Judgment and the Report and Recommendation were mailed to Broach on April 7, 2015 (doc. 8). Broach was directed to file any objection within the time frame set forth in the Report and Recommendation (Id). Objections were due on April 27, 2015. To date, no objection has been received.

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (doc. 3) made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** this the 8th day of May 2015.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE